IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIONNA SPENCE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **GC SERVICES LIMITED PARTNERSHIP,** | : | |
| | : | |
| Defendant | : | NO.   11-03893 |

## O R D E R

**AND NOW, TO WIT:** This 9th day of September, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.   The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

                                        **MICHAEL E. KUNZ**, Clerk of Court


                                        **BY:**    /s/ **Patricia** A. Cardella
                                                    Patricia A. Cardella, Deputy Clerk to
                                                    Judge Lawrence F. Stengel


Copies e-mailed to the following
counsel on September 9, 2011:

Daniel P. Hartstein, Esquire
Richard J. Perr, Esquire